231 F.2d 664
 AMERICAN EASTERN CORPORATION, Libelant-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 270, Docket 23921.
 United States Court of Appeals Second Circuit.
 Argued March 8, 1956.
Decided April 19, 1956.
Writ of Certiorari Denied June 11, 1956.
See 76 S.Ct. 1050.
 
 J. Franklin Fort, Washington, D.C. (Haight, Gardner, Poor & Havens, New York City, and Kominers & Fort, John Cunningham, and Israel Convisser, Washington, D.C., on the brief), for libelant-appellant.
 Leavenworth Colby, Chief, Admiralty & Shipping Section, Dept. of Justice, Washington, D.C. (Warren E. Burger, Asst. Atty. Gen., Civil Division, Dept. of Justice, Washington, D.C., Benjamin H. Berman, Atty., Admiralty & Shipping Section, Dept. of Justice, New York City, and Paul W. Williams, U.S. Atty. for Southern Dist. of New York, New York City, on the brief), for respondent-appellee.
 Before CLARK, Chief Judge, MEDINA, Circuit Judge, and GALSTON, district judge.
 PER CURIAM.
 
 
 1
 The decision of Judge Walsh, D.C.S.D.N.Y., 133 F.Supp. 11, is affirmed. Archawski v. Hanioti, 350 U.S. 532, 76 S.Ct. 617; Sword Line, Inc. v. United States, 2 Cir., 230 F.2d 75.